UNITED STATES DISTRICT COURT
FOR the
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
) Case No. 18-2008-M
vs. )
)
ELIAS ADAMES )
) Hon.
) Judge: PAUL DIAMOND

The above defendant Elias Adames would now move pro se Entering a plea of NOLO CONTENDERE on the above case and below Complaint:

On 12/14/2018 Elias Adames was ARRESTED on a warrant for a complaint signed by Hon. Richard A. Lloret, United States Magistrate Judge.

The Criminal Complaint is based on or about December 13, 2018, in philadelphia, in the Eastern District of pennsylvania, defendant Elias Adams knowingly and intentionally possessed with intent to distribute 5 kilograms or more, that is approximately 6 Kilogram of a mixture and Substance containing a detectable amount of Cocaine, in violation of Title 21, United States code, Section 841 (a)(1), (b)(1)(A).

(1)

In Conclusion The defendant Elias Adames would like to Enter a plea Known as an ALFORD plea or better Known under NORTH CAROLINA, VS. HARRY C. ALFORD, 400 US 25, 27 L Ed 2d 162, (1970).

Crim. R. 11(e)(2) and Rule 11(b) and (c) Allows a defendant to Enter a plea of NOLO Contendere Knowingly. The plea of NOLO contendere has always existed in the federal courts. See Hudson vs. United States, 47 S.Ct. 127, 272 U.S. 451, 71 L. Ed 347;

FoR the Reasons that follows the defendant Alias Adames Respectfully Move the courts to accept the conditional plea of NOLO Contendere under RULE 11.

Date:
November 1, 2021
Elias Adames
669 88 066
FDC philadelphia
700 ARCH STREET
Philadelphia, PA 19106

RESPECTFULLY SUBMITTED
Elias Adames
PRO SE

(2)

◇66988-066◇
Elias Adames
Federal Detention Center
700 ARCH ST
Phila, PA 19106
United States

PHILADELPHIA PA  190
5 NOV 2021  PM 7  L

◇66988-066◇
Paul Diamond
Courtroom 14A
601 Market ST
Phila, PA 19105
United States

19106-174363